

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00798-CR

**EX PARTE** Richard William **BECKER**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Lori Massey Brissette, Justice
             Velia J. Meza, Justice

Delivered and Filed: December 23, 2025

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED FOR LACK OF JURISDICTION

On December 11, 2025, applicant filed an original petition for writ of habeas corpus arising out of a criminal prosecution. We dismiss the petition for a writ of habeas corpus for lack of jurisdiction.

Intermediate courts of appeal do not have original habeas jurisdiction in criminal law matters. *See* TEX. GOV'T CODE § 22.221(d) (original habeas jurisdiction of the courts of appeals is limited to cases in which a person's liberty is restrained because they violated an order, judgment, or decree entered in a civil case); *see also* TEX. CODE CRIM. PROC. ART. 11.05 (granting exclusive jurisdiction to consider original petitions for writs of habeas corpus to the court of criminal appeals,

---

[1]This proceeding arises out of Cause No. B19-559, styled *State of Texas v. Richard William Becker*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Patrick Maguire presiding.

the district courts, county courts, and judges sitting on such courts). The Court's jurisdiction to consider habeas petitions in criminal matters is appellate only. TEX. GOV'T CODE § 22.221(d). As such, we lack jurisdiction in this matter. *See Id.*; *In re Neal*, 653 S.W.3d 346, 346 (Tex. App.—Dallas 2022, orig. proceeding); *In re Spriggs*, 528 S.W.3d 234, 236 (Tex. App.—Amarillo 2017, orig. proceeding).

The Court, having considered the petition, the record, and applicable law, concludes that we lack jurisdiction to issue the requested relief. *See* TEX. GOV'T CODE § 22.221(d); *In re Neal*, 653 S.W.3d at 346; *In re Spriggs*, 528 S.W.3d at 236. Accordingly, we **DISMISS** this original proceeding for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH